APRIL 29, 1971

No. 1317. NOR-AM AGRICULTURAL PRODUCTS, INC., ET AL. *v.* HARDIN, SECRETARY OF AGRICULTURE, ET AL. C. A. 7th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

MAY 3, 1971

No. 1136. CLARK *v.* ELLENBOGEN ET AL. Affirmed on appeal from D. C. W. D. Pa. *Younger* v. *Harris,* 401 U. S. 37; *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell,* 401 U. S. 66. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 1354. NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. *v.* LEE ET AL.; and
No. 1365. CHROPOWICKI ET AL. *v.* LEE ET AL. Affirmed on appeals from D. C. W. D. N. Y. THE CHIEF JUSTICE, MR. JUSTICE BLACK, and MR. JUSTICE HARLAN are of the opinion that probable jurisdiction should be noted and cases set for oral argument. Reported below: 318 F. Supp. 710.

No. 1193. LANE *v.* TEXAS. Appeal from County Ct. at Law No. 1, Travis County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.